B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Colorado, Denver Division

In re  **Casias, Reuben Henry & Casias, Jonel Liz**                     Case No.
                             Debtor(s)                                    Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **1,900.00** |
   | Prior to the filing of this statement I have received | $ **1,900.00** |
   | Balance Due | $ **0.00** |

2. The source of the compensation paid to me was:

   ■ Debtor       ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor       ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **d. Advise the debtor(s) of their statutory obligations once a bankruptcy is filed.**
      **e. Evaluate the timing of the filing.**
      **f. Evaluate conflict of interest issues.**
      **g. Explain to the debtor(s) the nature and amount of fees and expenses to be charged.**
      **h. If required to e-file, e-file all documents on debtors behalf.**
      **i. Analyze eligibility for discharge.**
      **j. Respond to creditor inquires.**
      **k. Timely supply requested information to the Chapter 7 Trustee.**
      **l. Advise the debtor(s) with regard to the automatic stay.**
      **m. Take appropriate action with respect to the automatic stay.**
      **n. Represent the debtor(s) in negotiations with the Chapter 7 Trustee.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      **a. Fixing any negative credit reports, assisting with the purchase of a home, or transferring title to any assets;**
      **b. Representing client in any adversary proceedings (e.g., complaints to determine dischargeability of a debt);**
      **c. Handling actions involving violations of automatic stay or discharge injunction;**
      **d. Handling inquiries into any future disposition of property;**
      **e. Handling any appeal of any judgment or order entered in the case;**
      **f. Preparation of Amended Schedules or Statement of Financial Affairs;**
      **g. Representing debtor in relation to any reaffirmation or redemption;**
      **h. Handling any other matters not listed in paragraph 5 above.**

In re   **Casias, Reuben Henry & Casias, Jonel Liz**                                        Case No.   _____
                                         Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR
(Continuation Sheet)

**CERTIFICATION**

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **September 21, 2018** | **/s/ Robert J. Doig** |
| *Date* | **Robert J. Doig** |
| | *Signature of Attorney* |
| | **Robert James Doig, LLC** |
| | |
| | **225 E Cheyenne Mountain Blvd Ste 140** |
| | **Colorado Springs, CO 80906-3700** |
| | **(719) 227-8787   Fax: (719) 325-8355** |
| | **rjdoig@comcast.net** |
| | *Name of law firm* |