(COB Form nopd.jsp #152)(10/11)

# UNITED STATES BANKRUPTCY COURT
District of Colorado

Reuben Henry Casias and Jonel Liz Casias
Debtor(s)
Debtor SSN/TaxId Nos.:
xxx–xx–2877
Joint Debtor SSN/Tax Id Nos.:
xxx–xx–1885

Case Number.: 18–18279–TBM
Chapter: 7

Debtor(s)
aka(s), if any will be listed on the following page

## NOTICE OF POSSIBLE DIVIDENDS

It appearing to the Trustee that a dividend to creditors is possible;

Creditors are hereby notified that if they desire to participate in a distribution of assets, they must file a claim with the court no later than 2/11/19.

Pursuant to Fed.R.B.P. 3002(c)(1) and (5) a proof of claim shall be filed BY A GOVERNMENTAL UNIT not later than 180 days after the date of the order for relief .

All claimants who are seeking an administrative claim must obtain a Court Order pursuant to the Bankruptcy Code.

Proof of Claim Forms should be filed with:

        Clerk of the Bankruptcy Court
        U.S. Custom House
        721 19th Street
        Denver, Colorado 80202–2508

A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Website: http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx or at any bankruptcy clerk's office and may be used for filing a claim.

Dated: 11/7/18

s/ Robertson B. Cohen
1720 S. Bellaire St.
Ste. 205
Denver, CO 80222

**Aliases Page**
**Debtor aka(s):**
No Aliases for Debtor

**Joint Debtor aka(s):**
No Aliases for Joint Debtor