**Fill in this information to identify your case**

UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO

| Debtor 1: | Reuben | Henry | Casias | Case #: | 18-18279-TBM |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2: | Jonel | Liz | Casias | Chapter: | 7 |
| | First Name | Middle Name | Last Name | | |

# Local Bankruptcy Form 1009-1.1
# Notice of Amendment of Petition, Lists, Schedules, Statements, and/or Addition of Creditors

**Please check applicable boxes, complete applicable sections identifying each amendment, and attach additional pages as necessary.**

### Part 1  Notice

You are hereby notified that the debtor has filed amended documents: **Schedule A/B**.

### Part 2  Amendments

**2.1. Petition**

☒ Not applicable (no amendments to Petition)

☐ The following section(s) of the Petition are amended as follows:

| Section of Petition | Information before amendment | New information |
|---|---|---|
| | | |
| | | |

**2.2. List(s)**

☒ Not applicable (no amendments to List(s))

☐ The following List(s) are amended as follows:

| List | Information before amendment | New information |
|---|---|---|
| | | |
| | | |

Change in creditor's name or address on List(s):

| Creditor's name and/or address before amendment | Corrected creditor's name and/or address |
|---|---|
| | |
| | |

**2.3. Schedule(s) of Debts**

☒ Not applicable (no amendments to Schedules of Debt(s))

☐ Schedule(s) of Debts are amended as follows:

Schedules A/B:

| Description of property | Interest in property | Current value of entire property | Current value of portion owned |
|---|---|---|---|
| Cash on Hand | | 60 | 60 |
| Minnequa Works CU #5105 | | 118.72 | 118.72 |
| Minnequa Works CU #5105 | | 1638.88 | 1638.88 |
| Pueblo B&T | | 14.75 | 14.75 |
| SSFCU #5000 | | 4 | 4 |
| SSFCU #5071 | | 0 | 0 |
| Ent FCU | | 18.65 | 18.65 |
| Navy FCU | | 7.27 | 7.27 |
| SSFCU (Daughter's) | | 910 | 910 |
| SSFCU (Daughter's) | | 208.79 | 208.79 |
| Minnequa Works (Daughter's) | | 259.45 | 259.45 |

Schedule C:

| Amount of the exemption you claim | Current value of debtor's interest |
|---|---|
| 75% for all assets listed above | |
| | |

If you object to this amended claim of exemption, you must file and serve your objection within 30 days after the date this notice is served. Objections must be filed with the Court and a complete copy must be served on debtor's attorney or debtor, if unrepresented.

Schedule D:

| New creditor or Amendment to existing creditor | Creditor's name, last 4 digits of account #, mailing address | Claim amount | Collateral | Collateral value | Any other changes |
|---|---|---|---|---|---|
| ☐ New creditor<br>☐ Amendment to existing creditor | | | | | |
| ☐ New creditor<br>☐ Amendment to existing creditor | | | | | |

Schedules E/F:

| New creditor or Amendment to existing creditor | Creditor's name, last 4 digits of account #, mailing address | Total claim amount | Priority amount (if any) | Any other changes |
|---|---|---|---|---|
| ☐ New creditor<br>☐ Amendment to existing creditor | | | | |
| ☐ New creditor<br>☐ Amendment to existing creditor | | | | |

Schedule G:

| Contracting/Leasing party and address | What the contract of lease is for |
|---|---|

|  |  |
|---|---|
|  |  |
|  |  |

Schedule H:

| Co-debtor/spouse, former spouse, or legal equivalent; name and address | Creditor to whom you owe the debt/community state or territory |
|---|---|
|  |  |
|  |  |

Schedules I/J:

| Amended/New information |
|---|
|  |
|  |

**2.4. Statement(s)**

☒ Not applicable (no amendments to Statement(s))

☐ The following Statement(s) are amended as follows:

| Statement | Information before amendment | New information |
|---|---|---|
|  |  |  |

**2.5. Addition of Creditor(s)**

☒ Not applicable (no additions)

☐ Creditors have been added as follows (and Schedules D, E, or F have been amended accordingly):

☐ Creditors have been amended as follows:

Change in creditor's name or address:

| Creditor's name and/or address before amendment | Corrected creditor's name and/or address |
|---|---|
|  |  |

### Part 3  Signature of Debtor's Attorney or Debtor (if unrepresented)

Dated: 11/07/2018

By: /s/ Robert J. Doig, #27983
225 E Cheyenne Mtn Blvd #140
Colorado Springs CO 80906
719 227-8787 (Office)
719 325-8355 (Fax)
rjdoig@comcast.net

| Part 4 | **Verification of Debtor** |
|---|---|

I declare under penalty of perjury that the foregoing is true and correct.

Dated: _____   By: _____
                                                                            Signature of debtor

Mailing Address: _____
Telephone number: _____
Facsimile number: _____
E-mail address: _____

## CERTIFICATE OF SERVICE

On 11/07/2018, I served the foregoing document as well as Amended Schedules A/B and C on the following individuals by electronic means through the Court's ECF program:

TRUSTEE     Robertson B. Cohen, Esq.     trusteecohen@cohenlawyers.com

US TRUSTEE   USTPRegion19.DV.ECF@usdoj.gov

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 11/07/2018                           /s/ Robert J. Doig